IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MASONTAE HICKMAN | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv423 |
| UNITED STATES OF AMERICA | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE**
<u>**JUDGE'S REPORT AND RECOMMENDATION**</u>

Masontae Hickman, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

The Court previously referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this court.

The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The Magistrate Judge recommends that the motion to vacate, set aside or correct sentence be granted to the extent that the judgment imposed against movant in cause number 1:96cr54 be vacated and movant be resentenced.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED** this the **17** day of **January, 2014.**

_____
Thad Heartfield
United States District Judge